| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**801 S. FIGUEROA ST., SUITE 1850**<br>**LOS ANGELES, CA 90017**<br>**PHONE: (213) 996-4400**<br>**FAX: (213) 996-4426**<br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**MARCO ANTONIO CALDERON**<br><br><br>Debtor(s). | CASE NO.: **LA20-20098-SK**<br>CHAPTER: **13**<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ___11/8/22___ as docket entry number ___51___, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                F 3015-1.13.TRUSTEE.COMMENT.GENRL

☒ APPROVAL on the following conditions:

☒ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

☐ Set for hearing.

Date: 11/9/2022

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012            Page 2            F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

**Authority to Sell or Refinance Real Property under LBR 3015-1 (Ch 13)-No Fee (motion)**

Court Document Number: **51**
Filed Date: **11/8/22**

**Marco Antonio Calderon**              LA20-20098-SK

<u>**ATTORNEY: DEVIN SAWDAYI, ESQ**</u>

## Attorney Fees

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Authority To Sell/Refinance

2. Escrow shall not disburse any funds until escrow receives either a demand from the Trustee or other written authorization.

3. The Trustee shall be entitled to her administrative fee whether or not relief from stay is subsequently granted with respect to any of the lienholders of the real property.

4. The Trustee shall be entitled to make a demand upon escrow for sufficient funds to pay off the plan with a 100% dividend to unsecured creditors.

5. The Trustee is entitled to receive her full administrative fee at the current rate, including fees which would have been earned on the payment of the impaired claims of secured creditors. See In re Fulkrod, 973 F.2d 801 (9th Cir. 1992).

6. The escrow officer is requested to submit an estimated settlement statement to the Trustee via email at: kmurphy@latrustee.com within 3 business days after entry of an Order approving this motion.