| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Devin Sawdayi (SBN. 188847)<br>Law Offices of Devin Sawdayi<br>10866 Wilshire Blvd., Suite 890<br>Los Angeles, CA 90024<br>Tel: 310-475-9399<br>Fax: 310-385-593<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor(s)*<br>☐ *Chapter 13 trustee* | **FILED & ENTERED**<br><br>**DEC 02 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** francis **DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA –<u>LOS ANGELES</u> DIVISION

| In re:<br><br>Marco Antonio Calderon<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-20098-SK<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) <u>11/08/2022</u> as docket entry number <u>51</u> and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted            ☐    Denied

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | F 3015-1.14.ORDER.CH13.GENRL

☒ Granted on the terms set forth in the chapter 13 trustee's comments (Docket #52).

☒ Granted on the following conditions: Secured Creditor U.S. Bank Trust National Association shall be paid in full based on an unexpired payoff quote to be provided to escrow at the closing of the sale of the property.

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

### 

Date: December 2, 2022

Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    F 3015-1.14.ORDER.CH13.GENRL